AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JULIE R., <br> *Plaintiff* <br> v. <br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:22-CV-0273-TOR <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant is directed to pay Plaintiff's EAJA fees in the amount of $8,661.77 for attorney's fees and expenses in the amount of $19.95.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Plaintiff's Motion for EAJA fees (ECF No. 17).

Date: 10/19/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*
Ruby Mendoza